

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-12-00521-CR

AGHAEGBUNA ODELUGO, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 248th District Court of Harris County.   (Tr. Ct. No. 1249652).

**TO THE 248TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 10th day of March 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on May 18, 2012, which was remanded to this Court by the Texas Court of Criminal Appeals.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered March 10, 2015.

Panel consists of Justices Jennings, Bland, and Massengale.
Opinion delivered by Justice Jennings.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

May 22, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

